UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20495-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

YOSMEL SUAREZ MONTORO,
    Defendant.
_____/

## **ORDER**

THIS MATTER came before the Court following notice that the defendant has consented to entering a change of plea before a United States Magistrate Judge. Accordingly, it is

**ORDERED AND ADJUDGED** that a Change of Plea Hearing is set before the undersigned on **Friday, October 21, 2011**, at **2:30 PM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers at Miami, Florida, this **21st** day of October, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Court Judge Graham
All Counsel of Record