```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
               CASE NO. 11-20495-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

YOSMEL SUAREZ MONTORO,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan, on October 21, 2011. A Report and Recommendation filed on October 21, 2011 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One, Two and Six of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of November, 2011.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge O'Sullivan
        Helaine Blythe-Batoff, AFPD
        Robert Watson, AUSA
        Aimee Allegra Ferrer, AFPD